NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Angelo Garay,<br><br>            Plaintiff,<br><br>v.<br><br>Gila River Gaming Enterprises Incorporated,<br><br>            Defendant. | No. CV-16-00753-PHX-JJT<br><br>**ORDER** |

The Court having heard argument on the Defendant's Motion to Dismiss (Doc. 8);

As stated on the record, IT IS ORDERED granting Defendant's Motion to Dismiss (Doc. 8) with prejudice.

IT IS FURTHER ORDERED directing the Clerk of Court to close this case.

Dated this 6th day of September, 2016.

_____
Honorable John J. Tuchi
United States District Judge